UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

Case No. 11-CR-20117

vs.

HON. GEORGE CARAM STEEH

D-4   EDITH JOYCE TURNER,

      Defendant.
_____/

### ORDER DENYING MOTION TO SEAL AND MOTION TO MODIFY TERMS OF RELEASE AND ENLARGE TIME TO REPORT TO THE BUREAU OF PRISONS

The Court has read and considered the motion by counsel. The court is not persuaded that the relief sought should be granted, and accordingly, the Court hereby denies the motion for enlargement of time to report to the Bureau of Prisons and modify conditions of defendant's release and also denies the defendant's motion to seal.

Dated: December 23, 2014

                                          S/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
December 23, 2014, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk