UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

D-4   EDITH JOYCE TURNER,

        Defendant.
_____/

Case No. 11-CR-20117

HON. GEORGE CARAM STEEH

ORDER GRANTING DEFENDANT'S MOTION TO SEAL
EXHIBITS AND DENYING MODIFICATIONS TO CONDITIONS
OF HOME CONFINEMENT AND HER REPORT DATE

      The Court has reviewed defendant's motion to enlarge time for her to report to the Bureau of Prisons. The motion repeats her previous request based upon an amorphous claimed need to make arrangements for her children's care and preparation for her confinement. The court is advised by Pretrial Services Officer Hinojosa that defendant has been permitted time-outs for church, shopping, and medical appointments whenever requested. Until yesterday defendant had not requested any time out for making guardianship arrangements. Yesterday, however, she was given time for that purpose upon her request. For the same reasons, the Court DENIES the motion.

      The Court will GRANT defendant's request to seal Exhibits "A-C" to the motion. As to defendant's request to modify the terms of her home confinement, the Court finds

no need to do so inasmuch as defendant has been allowed "time-out" for each of her requests.

    IT IS SO ORDERED.

Dated: January 6, 2015

                                  s/George Caram Steeh
                                  GEORGE CARAM STEEH
                                  UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 6, 2015, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk