UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                      Case No. 11-CR-20117

D-4   EDITH JOYCE TURNER,            HON. GEORGE CARAM STEEH

        Defendant.
_____/

ORDER DENYING DEFENDANT'S THIRD MOTION
TO LIMIT HOURS OF HOME CONFINEMENT AND
ENLARGE TIME TO REPORT TO BUREAU OF PRISONS

        The Court has reviewed defendant's motion (Doc. #228) and denies her request to delay her report date because the Court remains unconvinced that defendant was unable, with reasonable diligence, to make satisfactory arrangements for the care of her children. Defendant's motion to limit hours of confinement is denied as moot.

        IT IS SO ORDERED.

Dated: January 7, 2015

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 7, 2015, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk